UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MERAKI SOLAR, LLC and**
**MERAKI INSTALLERS, LLC,**

        **Plaintiffs,**

vs.

**CASE NUMBER:**
**3:21-cv-00405-MCR-HTC**

**MIKOL ROSENBALM, DESREAL**
**AARON SANDOVAL and STUART**
**KIRKHAM,**

        **Defendants.**

## STIPULATED FINAL JUDGMENT AGAINST MIKOL ROSENBALM AND STUART KIRKHAM

Before the Court are Plaintiffs Meraki Solar, LLC and Meraki Installers, LLC ("Plaintiffs"), and Defendants Mikol Rosenbalm, and Stuart Kirkham ("Rosenbalm" and "Kirkham") Joint Stipulation as to Final Judgment Against Mikol Rosenbalm and Stuart Kirkham, and the Court having considered the pleadings on file and having considered that this judgment has been stipulated or admitted to by the above named Parties to this action, that a Final Judgment Against Mikol Rosenbalm and Stuart Kirkham should be entered, and it is therefore **ADJUDGED** that:

The following monetary terms are imposed:

1. $ 1,820,000.00 for Plaintiffs against Mikol Rosenbalm as damages.

2. $ 139,237.20 for Plaintiffs against Mikol Rosenbalm for Plaintiffs attorneys' fees.

3. $ 8,339.40 for Plaintiffs against Mikol Rosenbalm for Plaintiffs' costs.

4. $ 0.00 for Plaintiffs against Stuart Kirkham.

5. The damages, fees, and costs awarded herein shall bear interest at a rate of 6% per annum until they are paid in full.

The following non-monetary terms are imposed:

1. The Counterclaims against Plaintiffs are dismissed with prejudice as to Defendants Rosenbalm and Kirkham.

2. Defendants Rosenbalm and Kirkham are enjoined from further violation of the ROSENBALM AGREEMENTS (Doc. 25-1 and 25-2) and the KIRKHAM AGREEMENT (Doc. 25-3) for a period of three (3) years following entry of the Stipulated Judgment. Defendants Rosenbalm and Kirkham are specifically enjoined from violating the Covenant Not to Compete in:

   a. Florida- Defendants Rosenbalm and Kirkham will not sell or cause to be sold any solar panels or otherwise engage in activities prohibited by the noncompete covenants within the

state of Florida for a period of two (2) years from the date of entry of this Stipulated Judgment.

b. Texas- Defendants Rosenbalm and Kirkham will not sell or cause to be sold any solar panels or otherwise engage in activities prohibited by the noncompete covenants within a two hundred (200) mile radius of Horizon City, El Paso, Brownsville and McAllen offices for a period of three (3) years from the date of entry of this Stipulated Judgment.

c. Colorado- Defendants Rosenbalm and Kirkham will not sell or cause to be sold any solar panels or otherwise engage in activities prohibited by the noncompete covenants within the entire State of Colorado for a period of three (3) years from the date of entry of this Stipulated Judgment. Rosenbalm Defendants will be able to finish the deals that have already been signed and will no longer initiate any new sales, under the terms specified in the Settlement Agreement.

d. New Mexico- Defendants Rosenbalm and Kirkham will not sell or cause to be sold any solar panels within the entire state of New Mexico for a period of three (3) years from the date of entry of this Stipulated Judgment.

e. Defendants Rosenbalm and Kirkham are not bound to any noncompete agreement as to any geographical area not specifically listed above.

3. Defendants Rosenbalm and Kirkham continue to be fully bound by the other restrictive covenants contained in their respective agreement, including the confidentiality and non-solicitation provisions. The three year period for the Nonsolicitation Covenant shall run from the entry of the Stipulated Judgment.

4. Plaintiffs are entitled to attorneys' fees in the event they must

enforce the monetary or non-monetary terms of the Stipulated Judgment against Defendant Rosenbalm or Defendant Kirkham.

**DONE and ORDERED** this 20th day of January 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**