**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

MERAKI SOLAR, LLC, and
MERAKI INSTALLERS, LLC,

Plaintiffs,

v. Case No. 3:21cv405-MCR-HTC

AARON SANDOVAL,

Defendant.
_______________________________/

**ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 23, 2023 (ECF No. 104). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 104) is adopted and incorporated by reference in this Order.

2. A default judgment of $368,840.10[1] is entered in favor of Plaintiffs and against Defendant Sandoval as a sanction for Sandoval's failure to comply with orders of this Court.

3. Defendant Sandoval's counterclaims against Plaintiffs are DISMISSED as a sanction for Sandoval's failure to comply with orders of this Court and failure to prosecute.

4. Plaintiff Meraki Solar LLC's motion for summary judgment (ECF No. 94) is DENIED AS MOOT.

5. Plaintiffs have **fourteen (14) days** from the date of this Order to file a motion seeking attorney's fees pursuant to N.D. Fla. Loc. R. 54.1.

**DONE AND ORDERED** this 14th day of November 2023.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

[1] This is the amount sought by the Plaintiffs in the unopposed motion for summary judgment.