IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MERAKI SOLAR, LLC, and
MERAKI INSTALLERS, LLC,

     Plaintiffs,

v.                                   Case No. 3:21cv405-MCR-HTC

AARON SANDOVAL,

     Defendant.

_____/

## DEFAULT JUDGMENT

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that a default judgment of $368,840.10 is

entered in favor of Plaintiffs and against Defendant Sandoval as a sanction for

Sandoval's failure to comply with orders of this Court.


                                      JESSICA J. LYUBLANOVITS
                                      CLERK OF COURT

November 14, 2023          s/ Jennifer F. Johnson, Deputy Clerk
DATE                          Deputy Clerk