UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MERAKI SOLAR, LLC, and
MERAKI INSTALLERS, LLC,

    Plaintiffs,

v.                                                                              Case No. 3:21cv405-MCR-HTC

AARON SANDOVAL,

    Defendant.
_____/

# **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 4, 2024 (ECF No. 109).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 109) is adopted and incorporated by reference in this Order.

2.      Plaintiffs' motion to determine entitlement to attorneys' fees and costs (ECF No. 107) is GRANTED.

3.      Plaintiffs shall have thirty (30) days to file a motion to determine fee amount in accordance with N.D. Fla. Loc. R. 54.1(E).

4.      Defendant Sandoval shall have fourteen (14) days from the date Plaintiffs' motion to determine fee amount is filed to file a response in accordance with N.D. Fla. Loc. R. 54.1(F).

**DONE AND ORDERED** this 20th day of February 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**